IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODOLFO A. QUILES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY, INCORPORATED, RODNEY N. DOERR, EDWARD ADELMAN, TRACY SCOTT, and KATHLEEN HUGHES, individually;<br><br>    Defendants. | 8:16CV330<br><br>ORDER |

This matter is before the court on the parties' motion for leave to offer additional evidentiary material regarding the objections to the magistrate judge's order. Filing Nos. 136 and 140. The court finds that the motions should be granted.

THEREFORE, IT IS ORDERED that the parties' motion for leave to offer additional evidentiary material regarding the objections to the magistrate judge's order, Filing Nos. 136 and 140 is granted and deemed filed instanter.

Dated this 9th day of March, 2018.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge