IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODOLFO A. QUILES,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, INCORPORATED, RODNEY N. DOERR, and EDWARD ADELMAN,<br><br>Defendants. | 8:16CV330<br><br>**JUDGMENT** |

Pursuant to the jury verdict entered on July 26, 2019, Filing No. 262, Judgment is entered in favor of the defendants and against the plaintiff.

Pursuant to the Judgment as a matter of law as determined by the Court during the trial and again in Filing No. 279, judgment is entered in favor of the plaintiff on the demotion claim and against the defendant Union Pacific.

Dated this 7th day of November, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge