IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODOLFO A. QUILES,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, INCORPORATED, RODNEY N. DOERR, and EDWARD ADELMAN,<br><br>            Defendants. | **8:16CV330**<br><br>**JUDGMENT** |

Pursuant to the Opinion, Judgment, and Mandate entered herein by the Eighth Circuit Court of Appeals, Filing Nos. 317, 318 and 319, Judgment in this case is hereby entered in favor of Union Pacific.

Dated this 27th day of July, 2021.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon<br>
                                                  Senior United States District Judge