IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODOLFO A. QUILES,<br><br>   Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, INCORPORATED, RODNEY N. DOERR, and EDWARD ADELMAN;<br><br>   Defendants. | Case No.  **8:16CV330**<br><br>**ORDER TO DESTROY** |

Counsel for both the plaintiff and the defendants notified the court on August 4, 2021 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits    July 22-26, 2019

Defendants' Trial Exhibits July 22-26, 2019

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 5th day of August, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15